

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/29/2024 03:00 PM

COURTROOM   6A, 6th Floor

**HONORABLE TIFFANY GEYER**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:24-bk-02514-TPG** | **11** | **05/20/2024** |

**Chapter 11**

**DEBTOR:**   100 Charlotte, LLC

**DEBTOR ATTY:**   Bryan Mickler

**TRUSTEE:**   Jerrett McConnell

**HEARING:**

Preliminary Hearing:
1) Debtor's Motion for Joint Administration of Lead Case 6:24-bk-02514 with 6:24-bk-02516 and 6:24-bk-02518 (Doc #7) 5/22/24
2) Debtor's Motion to Use Cash Collateral (Doc #5) 5/22/24
Notes: Initial Status Conference 7/9/24 at 2pm
341: 6/24/24
Claims Deadline: 7/29/24
Plan Due: 8/19/24
CMS (Doc #4) 5/22/24
Mr. Mickler Unavailable 6/19-21 (Doc #15) 5/23/24
Statement of Operations for Small Business /Sec. 1116 Notice (Doc #18) 5/23/24

**APPEARANCES:**:
AAPPEARANCES: : Bryan Mickler: Debtor Attorney; Jerrett McConnell: SubV Trustee; Audrey Aleskovsky: U.S. Trustee; Scott Spradley: Fairwinds;

 **RULING:**

Preliminary Hearing:

1) Debtor's Motion for Joint Administration of Lead Case 6:24-bk-02514 with 6:24-bk-02516 and 6:24-bk-02518 (Doc #7) - Denied; Order by Mickler;

2) Debtor's Motion to Use Cash Collateral (Doc #5) - Granted on an Interim Basis through continued hearing scheduled for July 9, 2024, at 2:00 p.m.; Order by Mickler (Cash Collateral Budget to be updated with proposed order);

(dh).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being

denied as moot. This docket entry/document is not an official order of the Court.